# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

134363

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALAN CRAIG WOOD,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134363
COA: 265841
Oakland CC: 05-201160-FH

On order of the Court, the application for leave to appeal the May 17, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

0211